Eric M. Walder (SBN 307546)
Email:     ewalder@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorney for Defendants
William C. Armstrong, Trustee of the Armstrong Family Revocable Trust June 19, 2008; Victoria R. Armstrong, Trustee of The Armstrong Family Revocable Trust June 19, 2008; and Avis Budget Group, Inc. dba Budget Rent A Car aka Avis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AVIS BUDGET GROUP, INC. dba BUDGET RENT A CAR aka AVIS; WILLIAM C. ARMSTRONG, Trustee of the ARMSTRONG FAMILY REVOCABLE TRUST June 19, 2008; VICTORIA R. ARMSTRONG, Trustee of the ARMSTRONG FAMILY REVOCABLE TRUST June 19, 2008,<br><br>　　　　　Defendants. | No.: 1:16-cv-01339-LJO-SAB<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT; ORDER** |

– 1 –

**IT IS HEREBY STIPULATED** by and between Plaintiff, Jose Trujillo ("Plaintiff"), and Defendants Avis Budget Group, Inc. dba Budget Rent A Car aka Avis, William C. Armstrong, Trustee of the Armstrong Family Revocable Trust June 19, 2008 and Victoria R. Armstrong, Trustee of the Armstrong Family Revocable Trust June 19, 2008 ("Defendants") by and between their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 144(a), Defendants may have until November 16, 2016 to file a responsive pleading in this matter with regard to Plaintiff's Complaint.  This extension of time does not alter the date of any event or any deadline already fixed by Court order.  Plaintiff and Defendants previously stipulated to an extension of time for Defendants' responsive pleading such that it is currently due on November 2, 2016.  Good cause exists for this further extension as the parties are attempting to achieve a settlement agreement.

DATED:  November 1, 2016

REED SMITH LLP

By: /s/
    Eric M. Walder
    Attorney for Defendants

DATED:  November 1, 2016

MOORE LAW FIRM, P.C.

By: /s/
    Tanya E. Moore
    Attorney for Plaintiff Jose Trujillo

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# **ORDER**

The Parties so stipulated and good cause appearing.

**IT IS HEREBY ORDERED** that Defendants Avis Budget Group, Inc. dba Budget Rent A Car aka Avis, William C. Armstrong, Trustee of the Armstrong Family Revocable Trust June 19, 2008 and Victoria R. Armstrong, Trustee of the Armstrong Family Revocable Trust June 19, 2008, shall have until November 16, 2016 to file a responsive pleading to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:   **November 1, 2016**

UNITED STATES MAGISTRATE JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware