# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>  Plaintiff,<br><br>  v.<br><br>AVIS BUDGET GROUP, INC., et al.,<br><br>  Defendants. | Case No.  1:16-cv-01339-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 11)<br><br>DECEMBER 14, 2016 DEADLINE |

On November 14, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  (ECF No. 11.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before December 14, 2016.

IT IS SO ORDERED.

Dated:  **November 17, 2016**

UNITED STATES MAGISTRATE JUDGE

1